**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TRUSTEES OF INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL 711 HEALTH & WELFARE FUND; et. al., <br><br> Plaintiffs, <br><br> v. <br><br> CAPE SIGN SERVICE, INC., <br><br> Defendant. | No. 1:20-cv-07262-NLH-AMD <br><br><br> **ORDER** |

For the reasons expressed in the Court's Opinion filed today,

IT IS on this   29th   day of   November  , 2021

ORDERED that Plaintiffs' motion for default judgment (ECF 8) shall be, and hereby is, granted; and it is further

ORDERED that Plaintiffs shall be, and hereby are, awarded $21,333.77 in unpaid benefit fund contributions, interest, liquidated damages, and $4,545.60 in attorney's fees and costs.

At Camden, New Jersey

/s Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.