**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TRUSTEES OF INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL 711 HEALTH & WELFARE FUND; et. al., <br><br>         Plaintiffs, <br><br>     v. <br><br> CAPE SIGN SERVICE, INC., <br><br>         Defendant. | No. 1:20-cv-07262-NLH-AMD <br><br> **JUDGMENT** |

   IT IS on this   29th   day of   November  , 2021

   ORDERED that JUDGMENT shall be, and hereby is, entered in favor of Plaintiffs, and against Defendant, in the amount of $21,333.77 in unpaid benefit fund contributions, interest, liquidated damages, and $4,545.60 in attorney's fees and costs.

At Camden, New Jersey

s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.